J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com

ATTORNEYS FOR DEBTOR


Russell Devenport
State Bar No. 24007109
McDONALD SANDERS
A Professional Corporation
777 Main Street, Suite 1300
Fort Worth, Texas  76102
Telephone: (817) 336-8651
Facsimile: (817) 334-0271
rad@mcdonaldlaw.com

SPECIAL LITIGATION AND
GENERAL COUNSEL FOR DEBTOR

Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Holt Major Lackey
Texas State Bar No. 24047763
hlackey@equalrights.law
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, Texas 78731
(737) 808-2262 (phone)
(737) 808-2260 (fax)
jellwanger@equalrightslaw.com
hlackey@equialrightslaw.com

ATTORNEYS FOR JEFFREY LINES, WILLIE
MUKES, AND THOSE SIMILARLY SITUATED


Darren G. Gibson
State Bar No. 24068846
Salvador Davila
State Bar No. 24065119
LITTLER MENDELSON, PC
100 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 982-7250 (Telephone)
(512) 982-7248 (Facsimile)
dgibson@littler.com
sdavila@littler.com

ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| TENET CONCEPTS, LLC | ) | Case No. 18-40270-elm11 |
| | ) | |
| Debtor. | ) | Chapter 11 Case |
| | ) | |
| JEFFREY LINES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adversary No. 18-04171-elm |
| | ) | |
| AMAZON COM, INC., et al. | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL OF
<u>ADVERSARY PROCEEDING WITH PREJUDICE</u>**

IT IS HEREBY STIPULATED AND AGREED by and among the parties to this Adversary Proceeding that the above-captioned Adversary Proceeding is hereby voluntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: July 3, 2019.                    Respectfully submitted by,

*/s/ Laurie Dahl Rea*
J. Robert Forshey
State Bar No. 07264200
Laurie Dahl Rea
State Bar No. 00796150
FORSHEY & PROSTOK LLP
777 Main St., Suite 1290
Fort Worth, TX  76102
Telephone: 817-877-8855
Facsimile:   817-877-4151
bforshey@forsheyprostok.com
lrea@forsheyprostok.com
ATTORNEYS FOR DEBTOR


*/s/ Russell Devenport*
Russell Devenport
State Bar No. 24007109
McDONALD SANDERS
A Professional Corporation
777 Main Street, Suite 1300
Fort Worth, Texas  76102
Telephone: (817) 336-8651
Facsimile: (817) 334-0271
rad@mcdonaldlaw.com
SPECIAL LITIGATION AND
GENERAL COUNSEL FOR DEBTOR

*/s/ Darren G. Gibson*
Darren G. Gibson
State Bar No. 24068846
Salvador Davila
State Bar No. 24065119
LITTLER MENDELSON, PC
100 Congress Avenue, Suite 1400
Austin, Texas 78701
(512) 982-7250 (Telephone)
(512) 982-7248 (Facsimile)
dgibson@littler.com
sdavila@littler.com
ATTORNEYS FOR DEFENDANT
AMAZON.COM, INC.

/s/ Holt Major Lackey
Jay D. Ellwanger
Texas State Bar No. 24036522
jellwanger@equalrights.law
Holt Major Lackey
Texas State Bar No. 24047763
hlackey@equalrights.law
Ellwanger Law LLLP
8310-1 N. Capital of Texas Hwy., Suite 190
Austin, Texas 78731
(737) 808-2262 (phone)
(737) 808-2260 (fax)
jellwanger@equalrightslaw.com
hlackey@equialrightslaw.com
ATTORNEYS FOR JEFFREY LINES, WILLIE MUKES, AND THOSE SIMILARLY SITUATED